# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SWITCH, LTD.,

    Plaintiff

v.

NANIWA ENERGY, et al.,

    Defendants

Case No.: 2:21-cv-00269-APG-BNW

**Order**

    The defendants removed this action to the unofficial southern division of the court. However, the complaint indicates that the property that is the subject of this litigation is located in Storey County, which is in the unofficial northern division of the court. ECF No. 1-1 at 5; LR IA 1-6. Under Local Rule LR IA 1-8(a), civil actions "must be filed in the clerk's office for the unofficial division of the court in which the action allegedly arose."

    I THEREFORE ORDER that this action is transferred to the unofficial northern division of this court for all further proceedings. The clerk of the court shall transfer and reopen this matter as a new action under a new docket number in the northern division, and the action under this docket number shall be closed, without prejudice to the defendants regarding any federal filing fee.

    DATED this 18th day of February, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE